1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

TYRONE PARKS,                           )      NO. CV 13-0173-MMM (AS)
                                        )
12                      Plaintiff,      )
                                        )
13            v.                        )      **ORDER ACCEPTING FINDINGS,**
                                        )
14  LINDA ROWE, et al.,                 )      **CONCLUSIONS AND RECOMMENDATIONS OF**
                                        )
15                                      )      **UNITED STATES MAGISTRATE   JUDGE**
                                        )
16                     Defendants.      )
    _____)
17
18
19
20
21          Pursuant to 28 U.S.C. section 636, the Court has reviewed the
    Complaint, all of the records herein, and the Report and Recommendation
22  of United States Magistrate Judge.  The time for filing objections to
    the Report and Recommendation has passed and no objections have been
23  received.  Accordingly, the Court accepts the findings, conclusions and
24  recommendations of the Magistrate Judge.
25
26  //
27  //
28

1    **IT IS ORDERED** that Judgment shall be entered dismissing this

2    action with prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order

5    and the Judgment herein on Plaintiff at his current address of record.

6

7    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9    DATED: May 23, 2014

10

11

12    _____

13    MARGARET M. MORROW
      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2