1
2
3
4
5
6
7

8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TYRONE PARKS,                    )   NO. CV 13-0173-MMM (AS)
                                       )
12                   Plaintiff,        )
                                       )
13            v.                       )        **JUDGMENT**
                                       )
14   LINDA ROWE, et al.,               )
                                       )
15                   Defendants.       )
     ─────────────────────────────────)
16

17        Pursuant to the Court's Order Accepting Findings, Conclusions and

18   Recommendations of United States Magistrate Judge,

19

20        IT IS ADJUDGED that the above-captioned action is dismissed  with

21   prejudice.

22

23        DATED: May 23, 2014

24

25

26   _____
                MARGARET M. MORROW
27          UNITED STATES DISTRICT JUDGE

28